

**SO ORDERED,**

*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                      CHAPTER 13 CASE NO.:
  MICHAEL DEWAYNE  LUMPKIN                                                                   16-13851

**ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE**

The Court has been advised by the Chapter 13 Trustee that the wage order issued to **ASHLEYS FURNITURE** should be released.

IT IS, THEREFORE, ORDERED, that the Debtor's employer, **ASHLEYS FURNITURE, 15900 HWY 15 NORTH, ATTN: PAYROLL, RIPLEY, MS  38663,** is hereby directed to cease deductions from the Debtor's wages and remit any funds presently held to the Chapter 13 Trustee at **Terre M. Vardaman , Chapter 13 Trustee,  P. O. Box 1985 , Memphis , TN,  38101-1985.**

##END OF ORDER##

ASHLEYS FURNITURE
15900 HWY 15 NORTH
ATTN: PAYROLL
RIPLEY, MS 38663